# EXHIBIT A
# to Combined Motions
Blockchain Scanner Exemplar from Etherscan.io

